WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>v.<br><br>Jesus Travis Reyes ,<br><br>               Defendant. | No.  CR16-00377-001-PHX-NVW<br><br>**TEMPORARY DETENTION ORDER FOR INTAKE ASSESSMENT AND STAY OF PLACEMENT PENDING APPEAL BY THE GOVERNMENT** |

    Defendant appeared in court with counsel. Pursuant to 18 U.S.C. §3141 et seq. a detention hearing was held.  Findings were made on the record.  Based on such findings:

    The defendant is ordered detained pending an intake assessment for placement at a Residential Treatment Facility in Phoenix, Arizona or other facility as designated by Pretrial Services.  Should defendant qualify for such placement, conditions do exist (including pretrial residency at said facility until successful completion of the program) which would reasonably assure the safety of others and the appearance of the defendant. Should defendant not so qualify for such placement, there are no conditions or combination of conditions which would reasonably assure the safety of others or the appearance of the defendant, and, thus, the release conditions set by this Court (and signed by the Defendant) shall be vacated and defendant shall be detained pending trial.

    The Pretrial Services Officer is ordered to timely notify this Court and counsel for the parties of the defendant's intake assessment results.  If the Government has filed an

appeal of this Court's findings and order that there are conditions which would reasonably assure the safety of others and the appearance of the defendant, placement at a Residential Treatment Facility in Phoenix, Arizona shall be stayed pending such appeal.

Dated this 7th day of April, 2016.

_____
Honorable Deborah M. Fine
United States Magistrate Judge